AO 241 (Rev. 09/17)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 08 2025

JEFFREY P. COLWELL
CLERK

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: OF COLORADO |
|---|---|

| Name (under which you were convicted): KARIE KRISTEEN KAUFMAN | Docket or Case No.: |
|---|---|

| Place of Confinement : LARIMER COUNTY PRETRIAL SERVICES, BONDED | Prisoner No.: NOT A PRISONER |
|---|---|

| Petitioner (include the name under which you were convicted) KARIE KRISTEEN KAUFMAN | v. | Respondent (authorized person having custody of petitioner) CHIEF PRETRIAL SERVICES OFFICER, LARIMER COUNTY |
|---|---|---|

| The Attorney General of the State of: THE STATE OF COLORADO |
|---|

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    COUNTY COURT, LARIMER COUNTY 810 E. 10TH ST. LOVELAND, CO 80537

    (b) Criminal docket or case number (if you know):    2024T001066

2.  (a) Date of the judgment of conviction (if you know):    10/15/2024

    (b) Date of sentencing:    04/22/2025

3.  Length of sentence:    ONE YEAR PROBATION AND COMMUNITY SERVICE

4.  In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes    ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    DWAI 1ST OFFENSE, PLED AND CONVICTED 10-15-24

6.  (a) What was your plea? (Check one)

    ☐ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

    ☑ (2)  Guilty             ☐ (4)  Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

      (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  ONLY ONE CHARGE: DWAI 1ST

      (c) If you went to trial, what kind of trial did you have? (Check one)

         ☐ Jury    ☑ Judge only

7.      Did you testify at a pretrial hearing, trial, or a post-trial hearing?

         ☐ Yes    ☑ No

8.      Did you appeal from the judgment of conviction?

         ☐ Yes    ☑ No

9.      If you did appeal, answer the following:

      (a) Name of court:

      (b) Docket or case number (if you know):

      (c) Result:

      (d) Date of result (if you know):

      (e) Citation to the case (if you know):

      (f) Grounds raised:

      (g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

         If yes, answer the following:

         (1) Name of court:

         (2) Docket or case number (if you know):

         (3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know):

(5) Citation to the case (if you know):    Kaufman (PS) v. Larimer County District Attorney et al.

(6) Grounds raised:    FRAUDULENT PLEA AND CONSPIRACY TO RESENTENCING IN

VIOLATION OF DOUBLE JEOPARDY AND DUE PROCESS

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:    LARIMER COUNTY COURT, COURTROOM L2

(2) Docket or case number (if you know):    2024T001066

(3) Date of filing (if you know):    03/18/2025

(4) Nature of the proceeding:    MOTION TO VACATE SENTENCE

(5) Grounds raised:    FRAUD UPON THE COURT, DENIAL OF DUE PROCESS, AND

COLLUDING AGENT (ATTORNEY NOT ENTERED OR CONTRACTED)

1. PLED TO A DWAI 1ST IN A PREARRANGED OFFER WRITTEN AND PRESENTED TO

ME ON 10/15/2024 BY SAID ATTORNEY AND SIMPLY RECOMMENDED TO TAKE IT.

2. ROA TAMPERED AND FALSIFIED ON 11/20/24- STATING I ATTENDED A HEARING

FOR A "RESENTENCING".   ROA SHOWS A MOTION BY PEOPLE, FAKE HEARING, AND

AN ORDER WITH ANOTHER COURT DATE SET FOR 12/16, BACKWARDS IN ENTRY.

3. ROA "RETURNED MAIL" ON 12/19- 30 DAYS LATER -NO ENVELOPE IN SAME CITY

See exhibit A (ROA) events 000016, 17, 18, 19

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:    NO ACTION TAKEN- EVENT 000032

AO 241 (Rev. 09/17)

    (8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:    LARIMER COUNTY COURT, COURTROOM L2

    (2) Docket or case number (if you know):    2024T001066

    (3) Date of filing (if you know):    03/27/2025

    (4) Nature of the proceeding:    MOTION TO COMPEL FORMAL ACKNOWLEGEMENT

    (5) Grounds raised:  MOTION TO COMPEL FORMAL ACKNOWLEDGEMENT OF LEGAL

    REPRESENTATION AND PRESERVE RECORD OF PROCEDURAL MISCONDUCT

    1. FORGED MOTION ENTRY, FRAUDULENT JUDICIAL PROCESS ROA EVENT 000033

    NICK CUMMINGS, ATTORNEY SENT ME A HEARING NOTICE THAT HE FILED AFTER

    MY LAST MOTION.  See exhibit C for Nick Cummings email with hearing notice attachment

    2.  I WAS SENT AN EMAIL BY NICK CUMMINGS WITH THE MOTION AND HEARING SET

    FOR 4/1 WHEN NONE OF MY MOTIONS WERE BEING ACKNOWLEGED (OR DENIED)

    WITHOUT HEARINGS.  I SUPPLIED EXHIBITS.  NOTHING. FORGED HEARING STOOD.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☑ No

    (7) Result:   IGNORED.  HEARING CONTINUED 4/1 AND MY ATTENDENCE WAS REQUIRED.

    (8) Date of result (if you know):   04/01/2025

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:    LARIMER COUNTY COURT

    (2) Docket or case number (if you know):    2024T001066

    (3) Date of filing (if you know):    03/28/2025

    (4) Nature of the proceeding:    MOTION TO STRIKE UNAUTHORIZED MOTION

    (5) Grounds raised:  COLLUDING AGENT NICK CUMMINGS HAD NO AUTHORITY-

    1.  I NEVER CONTRACTED MR. CUMMINGS, AND HE HAS NO ENTRY OF APPEARANCE

    2.  HE ACTED WITHOUT AUTHORITY, IN COORDINATION WITH THE COURT TO

       SUPPRESS MY PRO SE CHOICES AND FILINGS.

    4. A FORGED AND UNAUTHORIZEDMOTION IN MY NAME MOVED FORWARD IN COURT

       IN THE APRIL 1 HEARING WHILE THESE MOTIONS WERE IGNORED COMPLETELY

    5. See exhibit A (ROA) Event ID's 000033, 34, 35, 36, 42, 43

    6. See exhibit

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:    IGNORED EVENT ID 000043

(8) Date of result (if you know):    04/01/2025

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     ☐ Yes     ☑ No

(2) Second petition:    ☐ Yes     ☑ No

(3) Third petition:     ☐ Yes     ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

THERE WAS NO RULING TO APPEAL.  COURT PROCEEDED ON A FORGED MOTION INSTEAD

DENYING ACCESS TO A VALID CHALLENGE

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    TAMPERING WITH A PUBLIC RECORD, TAMPERING WITH EVIDENCE OR

PROCEEDINGS, FIRST DEGREE OFFICIAL MISCONDUCT, FORGERY, CRIMINAL IMPERSONATION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. MOTION TO COMPEL DISCOVERY ON 3/29 DENIED WITHOUT PREJUDICE- "DEFENDANT IS REPRE-

SENTED BY COUNSEL.  ALL MOTIONS MUST BE FILED BY DEFENSE COUNSEL."  RULED AFTER MY

MOTIONS WERE IGNORED REGARDING FRAUDULENT REPRESENTATION AND A FRAUDULENT MOTION

ENTRY IN MY NAME. ROA EVENT ID 000036  MISSING NOTES FROM AOR EVENT ID 000028

*NO ONE WILL TALK TO ME ABOUT MY JAIL U/A THAT I DID AND I DO NOT DO DRUGS OR WEED.

SEE CONTINUATION PAGE FOR GROUND ONE (A)

(b) If you did not exhaust your state remedies on Ground One, explain why:  I was procedurally blocked from accessing any remedy as my motions were denied without hearings or ignored.  The court is forcing a void sentence under a fraudulent reopening of a closed case and the is no effective state remedy available.

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐  Yes      ☑  No

(2) If you did not raise this issue in your direct appeal, explain why:

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑  Yes      ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    See Exhibit A Register of Actions for full list of Motions left ignored/denied

Name and location of the court where the motion or petition was filed:

Larimer County Court, Courtroom L2

Docket or case number (if you know):   2024T001066

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):    See Exhibit A Register of Actions for

complete list of motions that have been denied and ignored

(3) Did you receive a hearing on your motion or petition?      ☐  Yes      ☑  No

(4) Did you appeal from the denial of your motion or petition?      ☐  Yes      ☑  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☐  Yes      ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Nick Cummings behaved as though he knew what we needed to do.  He had a plan to "let it happen" and

Appeal it later.  In March I investigated the ROA and saw the fraud.  My first motions were

denied, acting like I had an attorney.  Most of them are ignored and they are proceeding anyway.  All

of my direct requests for missing evidence, my direct motions for striking false record entries.

Page 7 of 16

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:    I filed complaints to DOJ and FBI

**GROUND TWO:**         Double Jeopardy through Constructive Amendment, Sentencing Enhancement

without adjudication, and Post-Hoc Judicial fact finding.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1.  The only evidence in the ROA is a BAC 0.00.  Nothing else.

2. PSI done post sentencing is not present in the ROA.

3.  On 4/14, at a sentencing hearing, Judge Zehe stated on record that Jeopardy does not attach in an accepted

plea that is closed.  He also stated in open court that their use of Rule 35 correction of an illegal sentence

means that they can post-hoc prior records at any time for enhancement.  On 4/14 I made objections and state-

ments about this all being void of jurisdiction and felony territory for them before they tried to have me remanded.

4.  Post- close of this record, new words slipped in to the record behind my back, DWAI 3rd, refusal, marijuana and

all without a conversation at all at any time.  The added "refusal" triggered a second DMV violation as well.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?       ☐  Yes    ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:  These issues arose after the conviction and

Sentencing.  The DWAI 3rd, Refusal, and Marijuana were added to the ROA post conviction without

notice, hearing, or legal basis.  They reopened the case without a notice/hearing.

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Please see Exhibit A (ROA) for full list of open motions still pending

Name and location of the court where the motion or petition was filed:

Larimer County Court, Courtroom L2

Docket or case number (if you know):  2024T001066

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):    Please see Exhibit A for the full list of

denied without hearing, Moot, ignored motions

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

My motions were denied due to colluded party "Attorney" and they refused to acknowledge my pro se

Status. The judge lied to me in open court and stated that Nick Cummings was still my attorney from

September 26,when he entered but there is not a notice of entry for Nick Cummings. The  ROA shows

a fraudulent manipulation Event ID's 000012 and 000013 indicating I submitted motions for myself.

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two :  I have requested evidence of the tampering in

the event ID's that have been removed or added from 6 different copies of the ROA.  That was ignored.

I have asked for more evidence and acknowledgement in open court and that was not entered in the

ROA on 4/14/25.  I made clear objections to fraud and double jeaopardy and was ignored.

**GROUND THREE:**    Double DMV Refusal Actions based on Constructive Amendment, Suppressed Jail UA,

and 0.000 BAC

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

New language was added to the case ROA after the case was closed including "Refusal", DWAI 3rd, Marijuana.

I had already sustained a DMV vioation of DWAI.  In February, the ROA mentions "Refusal" and nothing else.

DMV then added another violation to my driving record "Refusal" and more driving restrictions.  This new

pretend language is slipped in throughout the ROA now after it was closed on 10/15/24

see entry on AOR 12/16 where Marijuana posession is added post hoc and Event ID's 000030 and 31

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:    Refusal language appeared post-

sentencing and the DMV did not send me anything at all.  I happened to be looking at my driving record

3 weeks ago.  This fraud I did not know about but did put a motion in and it is ignored as well

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     ☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Motion to strike Refusal Designation Event ID 000040

Name and location of the court where the motion or petition was filed:    Larimer County Courthouse

L2

Docket or case number (if you know):    2024T001066

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):    See exhibit A (ROA)  denied/ignored

Please see Exhibit D for full list of motions and their status

Please see Exhibit E for Last submission on 4/23 seeking Recusal

(3) Did you receive a hearing on your motion or petition?                            ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?                      ☐ Yes     ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    _____

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):    _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

My motion is ignored.  They are running my clock out to the fraudulent resentencing to get brushed into
an appeal for my sentencing hearing on Monday.

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three: I have inserted a judicial oversight and
emergency TRO in federal court last week but it is in review and I need help badly to
prevent this sentencing from happening.

**GROUND FOUR:** Unlawful PSI Reporting-Denied Access and Right to Review

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. The Post-Sentencing PSI from October 2024 is not in the ROA. I was not given an opportunity to review it for
accuracy.

2.  A second PSI was ordered post-judgement.  I stated my rights to review it for accuracy this time and
probation refused to allow it.  I emailed her the statutes and case law.  She sent a memorandum to the
court leaving out what I stated and why, supporting the "non-compliant" defendent narrative.  Please see
exhibit B "Probation Memorandum" and exhibit A (ROA) Event ID 000056, 57; an order with nothing in it.

(b) If you did not exhaust your state remedies on Ground Four, explain why:     This case has been a full time job just
researching law and writing multiple motions, and my federal 1983 case with 9 actors was very time consuming.  I
just didn't have time and they are rushing me to sentencing.

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Open court objection that was removed in the ROA on 4/14

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:    Larimer County Courthouse

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):    see Exhibit A (ROA) Event ID 000058

Clerk notes completely silenced me from that hearing in the ROA.  Another sentencing hearing for a

non-charge of "DWAI" in notes is set for 4/28 See Exhibit A Event ID 000061

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 09/17)

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes      ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them: _____

_____

_____

_____

(b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?        ☐ Yes    ☑ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☑ Yes      ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    U.S. District Court for the District of Colorado  1:25-cv-01124-RTG

Emergency TRO, Judicial Oversight

Issues Raised: Fraud on the Court, post-judgement tampering, Brady Violations, and unlawful sentencing

are only some of them.

_____

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:   Nick Cummings

(c) At trial:

(d) At sentencing:   Nick Cummings

(e) On appeal:

(f) In any post-conviction proceeding:   Nick Cummings

(g) On appeal from any ruling against you in a post-conviction proceeding:  NONE

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      ☑ Yes   ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

I might?  They reopened a closed case in one day, on a closed plead DWAI first conviction/matching sentence- now we are post-judgement with no juresdiction and pure fraud.  I have no idea what is coming

(b) Give the date the other sentence was imposed:     10/15/2024

(c) Give the length of the other sentence:     1 year probation and community service

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?      ☑ Yes   ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Page 14 of 16

AO 241 (Rev. 09/17)

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

          (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

          (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

          (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

          (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Based on the only evidence in ROA BAC 0.00, I ask for full vacatur due to fraud, invalid plea, stay and protection from further sentencing or DMV stacking.  Declare the post-sentencing fraud to the DMV as void. Thank you so much!

or any other relief to which petitioner may be entitled.


Karie Kristeen Kaufman, Pro Se Litigant
_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____04/24/2025_____ (month, date, year).


Executed (signed) on _____04/24/2025_____ (date).


Karie K. Kaufman
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____

DECLARATION REGARDING FRAUDULENT ROA ENTRIES AND DUE PROCESS
VIOLATIONS
Karie Kaufman
Case No:

I, Karie Kaufman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:
1. I have reviewed the Register of Actions (ROA) in my case and identified numerous fraudulent,
altered, and unlawful event entries. These entries misrepresent the procedural history, violate due
process, and conceal constitutional violations. Below are specific event IDs with explanations:

Event ID 000010
The sentencing entry for DWAI 1st includes a $100 "persistent drunk driving fee." However, I pled to
DWAI, not DUI, and my BAC was 0.000. The same page falsely lists a DUI charge under a different
statute (42-4-1301(1)(a)), contradicting my plea and chemical test.

Event ID 000011
Also lists "refusal" next to 0.000 BAC. No refusal occurred. I complied with chemical testing. This is a
false record.

Entry dated 12/16/24
States my sentence was "suspended pending appeal or resentencing." I never filed an appeal or a Rule
35 motion. This fabricated justification was inserted post hoc to reopen a closed conviction.

Event IDs 000012–000013 (9/26)
Reflect an entry of appearance for Nick Cummings without any substitution of counsel filed. I never
requested him. I filed my own discovery request pro se. The system erased the entry where the judge
stated that Cummings was entered. It is now go

Event IDs 000016–000019
On 11/20/24, the People moved ex parte to reopen the case, hiding double jeopardy under a
fabricated Rule 35(e) claim. The court falsely states I appeared, but I did not. I had no notice or
hearing. I moved to strike this record; the court ignored it. Entry falsely says "reopened."

—

Event ID 000021
The ROA explicitly states "the court does not have jurisdiction."

Event ID 000024
Shows the case "reopened" again and sentence suspended — no new charges filed, but another
bond, another pretrial, and a second PSI were imposed.

—

Event ID 000026
Mail log shows notice dated 11/11/24 (for a 12/16 hearing) was never sent. Entry shows it returned on 12/19 — over a month later. No postmark or envelope exists. Address was correct. ROA shows it was sent to "IMP NON PARTY." I never received it.

No Hearing Took Place on 12/16/24
I received a text reminder on 12/10. No meaningful hearing occurred. My sentence was already deemed "illegal" before any hearing. I had no notice of any defects when I entered my plea.

Event ID 000029
Nick Cummings speaks for me without my consent, urges me to appeal, and ignores my communications. I made clear I was not seeking appeal and had no issues with the sentence at the time.

Event ID 000030
A new alcohol evaluation was ordered without cause. I had already complied with prior evaluations.

Event ID 000031
States clearly the charges and sentence match my plea. Yet the prosecution began seeking to stack old priors post-plea — a direct double jeopardy violation.

Event ID 000031 (continued)
I filed my first motion pro se and discovered the ROA fraud. Nick Cummings responded via email, though he is not listed as a party. The system forwarded my motion without my consent.

Event ID 000058 (4/14 Sentencing Hearing)
I explicitly raised on the record that there were Brady violations, fraudulent ROA entries, and unlawful reopening of the case. The prosecutor requested I be remanded. No one addressed the due process violations I documented in open court.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of _____, 2025.


Signature: _____
Name: Karie Kaufman
Location: Johnstown, Colorado

# Procedural Fraud in Sentencing Record – 12/16/2024 Insertion

This document outlines the procedural and constitutional violations stemming from the unauthorized insertion of a sentencing modification line dated 12/16/2024 into the official sentencing record of Karie Kristeen Kaufman.

## Factual Finding

The phrase '12/16/24 SENTENCE IS SUSPENDED PENDING APPEAL/RESENTENCE' appears embedded within the body of a sentencing order associated with a DWAI-1st conviction, dated 2/10/2025. This statement references an appeal and sentence suspension but has no corresponding motion, ROA entry, or court order supporting it. Furthermore, the suspension is based on an open container charge that was dismissed by the district attorney on 10/15/2024. There is no evidence that this charge was lawfully refiled or litigated.

## Legal Findings

- - The court record shows no motion to suspend sentence, no appeal filed by the defendant, and no signed court order authorizing the suspension.
- - The suspension statement was inserted after the sentence had already become final, without notice, hearing, or procedural authority.
- - The cited offense (open container) was dismissed by the District Attorney and may not legally form the basis of any sentencing enhancement or modification.
- - The modification appears between other probation conditions, indicating it was inserted manually or through tampered data entry rather than judicial order.

## Constitutional and Legal Violations

- - Violation of due process – Fourteenth Amendment, U.S. Constitution
- - Violation of double jeopardy – Fifth Amendment, U.S. Constitution
- - Fraud upon the court – Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)
- - Jurisdictional overreach – People v. Serrano, 131 P.3d 982 (Colo. 2006)
- - Record tampering – C.R.S. § 18-8-114 (Abuse of Public Records)

This evidence supports a direct claim for relief under 28 U.S.C. § 2254 (federal habeas corpus) as well as a potential cause of action under 42 U.S.C. § 1983 for violation of constitutional rights under color of law.

```
I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

Status:           ROPN              County Court, Larimer County - Loveland
Case #: 2024 T 001066     Div/Room: L2     Type: Driving Under the Influenc
        The People of the State of Colorado vs. KAUFMAN, KARIE KRISTEEN


                                                    DV STATUS:
Case File Date: 8/09/2024  Case Close Date:         Appealed: N
                           Confidential Intermediary.............:

                  Bar #   Name
        Judicial Off...: 026307  MATTHEW RICHARD ZEHE
        Alt Jud Officer: 026307  MATTHEW RICHARD ZEHE
                  Description                  Stat Date        Time    Appea
        Trial.........:                                         0:00
        Next Schd Event: Sentencing Hearing         4/28/2025  2:30 P P
        Last Schd Event: Sentencing Hearing    CONT 4/14/2025  1:30 P
        Last Event.....: Order                 n/a  4/14/2025

        Attorney(s)....: Y +

        Agency: Johnstown Police Dept          Agency Case #:
        Ticket/Summons Number(s):       CC000874   Arrest#: RSO002542

        Warrant.........:      Warrant Date:              Expired Date:
        Party on Warrant:
        Change of Venue.:      Agency:

        Bond(s)..................: Y +

        Sentence Date...........: SCRT 10/15/2024  +
        Detention Location.......:
        Supervising Agency.......:
        Probation Officer........: MAO2 Melissa A Owen

                       ----- PARTIES -----
PARTY ROL STS    NAME                        ATTORNEY            ROL
DEF  1           KAUFMAN, KARIE KRISTEEN
             Date of Birth...........: 10/21/1973
             Sex.....................: Female
             Race....................: Caucasian
             Cell Phone..............: (970) 825-6319
             Height..................: 505
             Weight..................: 115
             Hair Color..............: Blonde
             Eye Color...............: Gray
             Marital Status..........: Separated
             Home Address............: 4590 TRADE STREET UNIT 3 405
                                      : JOHNSTOWN, CO  80534
PPL  1           THE PEOPLE OF THE STATE OF C
  CNT STS STATUTE NUMBER      CHARGE DESCRIPTION                     CLASS
  1 ( ) 42-4-1301(1)(b)       DRIVING WHILE ABILITY IMPAIRED         M
        1ST
     Offense Date: From:  8/08/2024 To:       Time:       BAC: .000
     Arrest Date.......:  8/26/2024 Time:     Ticket #:       CC000874
     Plea..............: Plea of Guilty        Date: 10/15/2024
```

Exhibit
A

```
CNT STS STATUTE NUMBER        CHARGE DESCRIPTION                        CLASS
    Disposition.......: Guilty                    Date: 10/15/2024
  1 (A) 42-4-1301(1)(a)       DRIVING UNDER THE INFLUENCE                M
    Offense Date: From:  8/08/2024 To:        Time:          BAC: .000
    Arrest Date.......:  8/26/2024 Time:      Ticket #:         CC000874
    SNT DATE    SENTENCE DESCRIPTION           STATUS
    10/15/2024 Sentence by Court               Void
               Judicial Officer..........: MATTHEW RICHARD ZEHE
               Modified Date.............: 12/17/2024
               Court Costs...............:        $21.00
               Court Security Cash Fund..:         $5.00
               E-Discovery...............:         $5.00
               Genetic Testing Surcharge.:         $2.50
               Brain Injury Trust Fund...:        $25.00
               Alcohol Eval Fee..........:       $200.00
               LEAF Assessment...........:        $90.00
               Victim Compensation Fund..:        $33.00
               Driving Und Influ/Abil Imp:       $200.00              SI
               Persistent Drunk Driving S:       $100.00
               Victims Assistance Fund...:        $78.00
               Rural Youth Alc/Sub Abuse :         $5.00
               Jail......................:         2.00 DAY(S)         SI
    SNT DATE   SENTENCE DESCRIPTION            STATUS
               Community Service.........:        36.00 HOUR(S)
               Subst Affect Driving Data :         $2.00
               Restorative Justice Surcha:        $10.00
               Probation.................:        12.00 MONTH(S)
               Probation Supervision Fee.:       $600.00
               Balance Due...............:       $125.00
DIG REC: 1035A DDA M SIMPSON  ATD N CUMMINGS F/W DEF
DWAI-1ST
BAC: REFUSAL
$200 FINE SUSPENDED
CREDIT FOR CONDITION COMPLETED PRIOR TO SENTENCING IF APPROVED BY SUPERVISING
AGENCY
REMAIN LAW ABIDING; NO DRUGS ALC OR REC MJ; NO DRIVING WO VALID DL AND INSUR
MONITORED SOBRIETY
COMPLETE ALCOHOL/DRUG EVAL AND COMPLY WITH RECOMMENDED TREATMENT
    SNT DATE   SENTENCE DESCRIPTION            STATUS
COMPLETE VIP WIN 6 MONTHS
COMPLETE UPS WIN 10 MONTHS
JAIL 2 DAYS SUSPENDED
NO RESTITUTION DUE/OWING                                             /TLS
    12/16/2024 Sentence by Court               Active
               Judicial Officer..........: MATTHEW RICHARD ZEHE
               Court Costs...............:        $21.00              SI
               Court Security Cash Fund..:         $5.00              SI
               E-Discovery...............:         $5.00              SI
               Genetic Testing Surcharge.:         $2.50              SI
               Brain Injury Trust Fund...:        $25.00              SI
               Alcohol Eval Fee..........:       $200.00              SI
               LEAF Assessment...........:        $90.00              SI
               Victim Compensation Fund..:        $33.00              SI
               Driving Und Influ/Abil Imp:       $200.00              SI
    SNT DATE   SENTENCE DESCRIPTION            STATUS
```

```
CNT STS STATUTE NUMBER        CHARGE DESCRIPTION                        CLASS
                    Persistent Drunk Driving S:        $100.00
                    Victims Assistance Fund...:         $78.00              SI
                    Rural Youth Alc/Sub Abuse :          $5.00              SI
                    Jail.......................:         2.00 DAY(S)        SI
                    Community Service.........:         36.00 HOUR(S)       SI
                    Subst Affect Driving Data :          $2.00              SI
                    Restorative Justice Surcha:         $10.00              SI
                    Probation.................:         12.00 MONTH(S)      SI
                    Probation Supervision Fee.:        $600.00              SI
                    Balance Due...............:        $125.00
```
DIG REC: 1035A DDA M SIMPSON  ATD N CUMMINGS F/W DEF
DWAI-1ST
BAC: REFUSAL
$200 FINE SUSPENDED
CREDIT FOR CONDITION COMPLETED PRIOR TO SENTENCING IF APPROVED BY SUPERVISING
            SNT DATE    SENTENCE DESCRIPTION              STATUS
        AGENCY
REMAIN LAW ABIDING; NO DRUGS ALC OR REC MJ; NO DRIVING WO VALID DL AND INSUR
MONITORED SOBRIETY
COMPLETE ALCOHOL/DRUG EVAL AND COMPLY WITH RECOMMENDED TREATMENT
COMPLETE VIP WIN 6 MONTHS
COMPLETE UPS WIN 10 MONTHS
JAIL 2 DAYS SUSPENDED
NO RESTITUTION DUE/OWING                                                  /TLS
12/16/24 SENTENCE IS SUSPENDED PENDING APPEAL/RESENTENCE                  /TLS
    2 (D) 42-4-1305.5(2)(a)(II MARIJUANA-POSSESS OPEN CONTAINER IN VEH  TIA
        Offense Date: From:  8/08/2024 To:        Time:        BAC: .000
        Arrest Date.......:  8/26/2024 Time:       Ticket #:      CC000874
        Disposition.......: Dism by DA              Date: 10/15/2024
FILE DATE    EVENT DESCRIPTION
 8/09/2024  Affi in Suppt-Warrantless Arr    Event ID: 000001   E-Filed: J
            PPL/    THE PEOPLE OF THE STATE OF COLORADO
Affidavit in Support of Warrantless Arrest
            Related Event  ORDR Order                      8/09/2024
 8/09/2024  Summons and Complaint Filed      Event ID: 000002   E-Filed: J
            PPL/    THE PEOPLE OF THE STATE OF COLORADO
Summons and Complaint
 8/09/2024  Filing Other                     Event ID: 000003   E-Filed: J
            IMP/    NON-PARTY
Bond Application with Criminal History
 8/09/2024  Filing Other                     Event ID: 000004   E-Filed: J
            IMP/    NON-PARTY
Bond Application
 8/09/2024  Order                            Event ID: 000005   E-Filed: J
Ruling: PROBABLE CAUSE FOUND, Document Title: Order:Affidavit in Support of
Warrantless Arrest
            Related Event  ASWA Affi in Suppt-Warrantless Arr  8/09/2024
 8/09/2024  Minute Order (print)             Event ID: 000006   E-Filed: N
DIG RECORDING:  155
JUDICIAL OFFICER: SAGE    DA:  MEAD PD:  TAYLOR
DEF APPEARS VIA VIDEO IN CUSTODY AT LCDC; DEF GIVEN RULE 5 ADVISEMENT VIA
VIDEO/WRITTEN OR BY THE JUDICIAL OFFICER; DEF ADVISED OF CHARGES; IF DEF
INTENDS TO APPLY FOR PD, DEF ADVISED TO APPLY PRIOR TO NEXT HEARING;
PROSECUTION BOND REC: 300 CASH
```

```
FILE DATE    EVENT DESCRIPTION
DEFENSE BOND REC: PR
BOND ORDERED:    300 CASH
CONDITIONS:    ENH PTS NO ALCH DRUGS MJ MONITORED SOB DIRECTED BY PTS W BA 3X
DAY UA 2X WEEK W ETG AUTH RLA RPT TO PTS WI 24HRS AFT RLS
RETURNABLE:    08/15/2024 AT 130P IN COURTROOM L2
DEF REMANDED.                                                              /MCE
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME    ROOM  APPEAR
 8/09/2024  Hearing on Advisement           8/09/2024  01:30 PM  1A       V
       Officer: JILL TERESA SAGE              Length:  1.00 Hour(s)
       Status.: HELD-Hearing Held            Note..:  IC
 8/12/2024  Appearance Bond                 Event ID: 000007   E-Filed: J
            DEF/    KAUFMAN, KARIE KRISTEEN
Appearance Bond
 8/15/2024  Minute Order (print)            Event ID: 000008   E-Filed: N
DIG REC: 150P/235P  DDA C FREEMAN
DPD K SHURTLEFF F/W DEF
DEF APPEARS LATE AFTER GOING TO FTC, HAS APPLIED AND QUALIFIES FOR OPD; DISPO
10/15/24 AT 1030AM; FPOR ISSUED                                          /TLS
 8/15/2024  Order for Fingerprint           Event ID: 000009   E-Filed: J
            Related Event  FPCM Fingerprint Ord-Compliance    8/26/2024
 8/15/2024  Entry of Appearance             Event ID: 000010   E-Filed: J
            DEF/    KAUFMAN, KARIE KRISTEEN
ENTRY OF APPEARANCE AND REQUEST FOR DISCOVERY 2E85FCA58735E
 8/15/2024  First Appearance                8/15/2024  01:30 PM  L2       P
       Officer: MATTHEW RICHARD ZEHE          Length:  1.00 Hour(s)
       Status.: HELD-Hearing Held            Note..:  FPOR/ABND
 8/26/2024  Fingerprint Ord-Compliance      Event ID: 000011   E-Filed: J
            DEF/    KAUFMAN, KARIE KRISTEEN
Fingerprint Order - Compliance
 9/26/2024  Motion                          Event ID: 000012   E-Filed: J
            DEF/    KAUFMAN, KARIE KRISTEEN
Motion for Substitution of Counsel EE32E755EA63F
 9/26/2024  Entry of Appearance             Event ID: 000013   E-Filed: J
            DEF/    KAUFMAN, KARIE KRISTEEN
Entry of Appearance and Request for Discovery EE32E755EA63F
10/15/2024  Case Closed                     Event ID: 000014   E-Filed: N
10/15/2024  Order                           Event ID: 000015   E-Filed: J
FINAL ORDER, SIGNED 5&11
10/15/2024  Disposition Hearing             10/15/2024  10:30 AM  L2      P
       Officer: MATTHEW RICHARD ZEHE          Length:  1.00 Hour(s)
       Status.: HELD-Hearing Held
11/20/2024  Motion                          Event ID: 000016   E-Filed: J
            PPL/    THE PEOPLE OF THE STATE OF COLORADO
Motion to Correct Illegal Sentence Pursuant to Crim. P. 35(A) 8A35B95BA5816
            Related Event  ORDR Order                      11/20/2024
11/20/2024  Reopened                        Event ID: 000017   E-Filed: N
            Related Event  POST Closed after post jdg activity 12/16/2024
11/20/2024  Notice of Appearance            Event ID: 000018   E-Filed: N
            DEF/    KAUFMAN, KARIE KRISTEEN
11/20/2024  Order                           Event ID: 000019   E-Filed: J
Ruling: SET FOR HEARING, Document Title: Order:Motion to Correct Illegal
Sentence Pursuant to Crim. P. 35(A)
            Related Event  RTML Return Mail                12/19/2024
11/20/2024  Notice of Hearing               Event ID: 000020   E-Filed: J
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME    ROOM  APPEAR
Notice of Hearing to Correct Sentence
12/16/2024  Minute Order (print)              Event ID: 000021    E-Filed: N
DIG REC: 136P/144P   DDA S HILLYER
ATD N CUMMINGS
COURT CALLS CASE SET FOR 130P, ATD INFORMS COURT DEF WENT TO FTC AND IS ON
HER WAY TO LVL, REQUESTS TO PASS CASE (RECALLED 3:02) DEF IS PRESENT, COURT
ADDRESSES PEOPLE'S MOTION AND ATD RESPONSE, COURT FINDS SENTENCE IMPOSED ON
10/15/24 WAS AN ILLEGAL SENTENCE, ATD STATES HE HAS 35 DAYS TO APPEAL COURTS
RULING AND COURT DOES NOT HAVE JURISDICTION, COURT SETS MATTER FOR REVA
1/28/25 AT 3PM; COURT WILL SET BOND IN THE AMOUNT OF $1000 PR STD COND STD PT
SUPV RADOM UAS W ETG COMPONENT; SENTENCE IS SUSPENDED AT THIS TIME       /TLS
12/16/2024  Response                           Event ID: 000022    E-Filed: J
            DEF/   KAUFMAN, KARIE KRISTEEN
DEFENDANT'S RESPONSE TO PEOPLES MOTION TO CORRECT ILLEGAL SENTENCE PURSUANT TO
CRIM. P. 35(A)
12/16/2024  Closed after post jdg activity    Event ID: 000024    E-Filed: N
            Related Event  ROPN Reopened                   11/20/2024
12/16/2024  Appearance Bond                    Event ID: 000025    E-Filed: J
            DEF/   KAUFMAN, KARIE KRISTEEN
Appearance Bond
12/16/2024  Order                              Event ID: 000023    E-Filed: J
ORDER SETTING BOND
12/16/2024  Motions Hearing        12/16/2024  01:30 PM  L2       P
      Officer: MATTHEW RICHARD ZEHE            Length:  1.00 Hour(s)
      Status.: HELD-Hearing Held               Note..:  CORRECT SENTENCE
12/19/2024  Return Mail                        Event ID: 000026    E-Filed: N
            IMP/   NON-PARTY
RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED - KARIE KAUFMAN
            Related Event  ORDR Order                      11/20/2024
 1/28/2025  Minute Order (print)               Event ID: 000027    E-Filed: N
DIG REC: 325P  DDA C FREEMAN
ATD N CUMMINGS F/W DEF
MATTER COMES ON FOR REVA, ATD REQUESTS ADDITIONAL TIME TO
DISCUSS WITH DEF; SENH 2/10/25 AT 1030A                          /TLS
 1/28/2025  Reopened                           Event ID: 000028    E-Filed: N
 1/28/2025  Review W/Appearance of Parties  1/28/2025  03:00 PM  L2       P
      Officer: MATTHEW RICHARD ZEHE            Length:  1.00 Hour(s)
      Status.: HELD-Hearing Held               Note..:  APPEAL
 2/10/2025  Sentencing Hearing     2/10/2025  10:30 AM  L2       P
      Officer: MATTHEW RICHARD ZEHE            Length:  1.00 Hour(s)
      Status.: HCNT-Held and Continued
 2/10/2025  Minute Order (print)               Event ID: 000029    E-Filed: N
DIG REC: 1040A  DDA S HILLYER
ATD N CUMMINGS F/W DEF
DEF DOES INTENT TO APPEAL SENTENCE, BUT CANNOT APPEAL UNTIL SHE IS
RESENTENCED, REQUESTS TO SET FOR SENH AND REQUESTS ALC EVAL; SENH 4/14/25 AT
130PM                                                           /TLS
 2/10/2025  Alcohol Eval Ordered               Event ID: 000030    E-Filed: N
BAC: REFUSAL
PLED TO DWAI-1ST, PLEASE COMPLETE EVAL FOR DWAI 3RD OR SUBSEQUENT    /TLS
 3/18/2025  Motion                             Event ID: 000031    E-Filed: J
            DEF/   KAUFMAN, KARIE KRISTEEN
MOTION TO VACATE JUDGMENT AND SENTENCE FOR FRAUD UPON THE COURT, DENIAL OF DUE
PROCESS, AND INEFFECTIVE ASSISTANCE OF COUNSEL
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME    ROOM  APPEAR
             Related Event  ORDR Order                      3/20/2025
3/20/2025    Order                          Event ID: 000032      E-Filed: J
Ruling: NO ACTION TAKEN, Document Title: Order:MOTION TO VACATE JUDGMENT AND
SENTENCE FOR FRAUD UPON THE COURT, DENIAL OF DUE PROCESS, AND INEFFECTIVE
ASSISTANCE OF COUNSEL
             Related Event  MOTN Motion                     3/18/2025
3/27/2025    Motion to Withdraw             Event ID: 000033      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
MOTION TO WITHDRAW 9952DC7AD2AEB
             Related Event  ORDR Order                      3/27/2025
3/27/2025    Proposed Order                 Event ID: 000034      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
ORDER: MOTION TO WITHDRAW 9952DC7AD2AEB
             Related Event  ORDR Order                      4/01/2025
3/27/2025    Order                          Event ID: 000035      E-Filed: J
Ruling: REVIEWED, Document Title: Order:MOTION TO WITHDRAW
             Related Event  MAWD Motion to Withdraw          3/27/2025
3/27/2025    Motion                         Event ID: 000036      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Motion to Compel Formal Acknowledgment of Legal Representation and Preserve
Record of Procedural Misconduct
             Related Event  ORDR Order                      4/01/2025
3/27/2025    Exhibit-Attach to Pleading/Doc  Event ID: 000037     E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Exhibit - Attach to Pleading/Doc
             Related Event  MOTN Motion                     3/27/2025
3/27/2025    Motion                         Event ID: 000038      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Motion to Dismiss Charges Due to Fraudulent Invalidation of Accepted Plea and
Double Jeopardy Violations
             Related Event  ORDR Order                      4/01/2025
3/27/2025    Motion                         Event ID: 000039      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Motion to Compel Production of Jail Booking Video Test Records and Chain of
Custody
3/27/2025    Motion                         Event ID: 000040      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Motion to Strike Refusal Designation Due to Compliance and False Documentation
3/27/2025    Notice Filed                   Event ID: 000041      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Notice Of Clarification Regarding Representation Status
             Related Event  ORDR Order                      4/01/2025
3/27/2025    Exhibit-Attach to Pleading/Doc  Event ID: 000042     E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Exhibit - Attach to Pleading/Doc
             Related Event  NOTC Notice Filed                3/27/2025
3/28/2025    Motion                         Event ID: 000043      E-Filed: J
             DEF/    KAUFMAN, KARIE KRISTEEN
Motion t o Strike Unauthorized Motion to Withdraw
             Related Event  ORDR Order                      4/01/2025
4/01/2025    Minute Order (print)           Event ID: 000044      E-Filed: N
DIG: 3:53; DDA A DUHON PRESENT; DEFENDANT PRESENT WITH ATD N CUMMINGS; MOTION
TO WITHDRAW AS COUNSEL WAS FILED; DEFENDANT DOES NOT OBJECT TO ATD N CUMMINGS
WITHDRAWING AS COUNSEL; COURT GRANTS THE REQUEST; DEFENDANT WISHES TO
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION       SCHD DATE    TIME       ROOM   APPEAR
```
REPRESENT HERSELF; DEFENDANT INDICATES SHE COMPLETED THE EVALUATION WITH
PROBATION TWO WEEKS AGO; COURT EXPLAINS THE COMPLICATIONS WITH THE SENTENCING
IN THIS CASE; COURT DENIES THE MOTION TO DISMISS FILED BY THE DEFENDANT;
COURT GIVE ARGUELLO ADVISEMENT GIVEN TO DEFENDANT; DEFENDANT STILL WISHES TO
REPRESENT HERSELF; DEFENDANT'S RIGHT TO WAIVE COUNSEL IS KNOWING AND
VOLUNTARY                                                                /LAA
    4/01/2025  Order                          Event ID: 000045   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion to Compel Formal Acknowledgment
of Legal Representation and Preserve Record of Procedural Misconduct
              Related Event  MOTN Motion                      3/27/2025
    4/01/2025  Order                          Event ID: 000046   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion to Dismiss Charges Due to
Fraudulent Invalidation of Accepted Plea and Double Jeopardy Violations
              Related Event  MOTN Motion                      3/27/2025
    4/01/2025  Order                          Event ID: 000047   E-Filed: J
Ruling: DENIED, Document Title: Order:Notice Of Clarification Regarding
Representation Status
              Related Event  NOTC Notice Filed                3/27/2025
    4/01/2025  Order                          Event ID: 000048   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion t o Strike Unauthorized Motion to
Withdraw
              Related Event  MOTN Motion                      3/28/2025
    4/01/2025  Order                          Event ID: 000049   E-Filed: J
Ruling: GRANTED, Document Title: Order: ORDER: MOTION TO WITHDRAW- Granted
              Related Event  PORD Proposed Order               3/27/2025
    4/01/2025  Motions Hearing                 4/01/2025  03:45 PM  L2     P
        Officer: MATTHEW RICHARD ZEHE              Length:  1.00 Hour(s)
        Status.: HELD-Hearing Held                 Note..:  ATD MTN W/DRAW
    4/02/2025  Motion                          Event ID: 000050   E-Filed: J
              DEF/    KAUFMAN, KARIE KRISTEEN
Motion for Production and Preservation of Materials for Federal Review Under
Constitutional Preservation Doctrine
    4/02/2025  Motion                          Event ID: 000051   E-Filed: J
              DEF/    KAUFMAN, KARIE KRISTEEN
Motion to Strike Unlawful Bond and Terminate Pretrial Supervision
              Related Event  ORDR Order                       4/14/2025
    4/02/2025  Motion                          Event ID: 000052   E-Filed: J
              DEF/    KAUFMAN, KARIE KRISTEEN
Motion to Compel Ruling on Constitutional Filings and Preserve Judicial
Admissions
              Related Event  ORDR Order                       4/14/2025
    4/07/2025  Motion                          Event ID: 000053   E-Filed: J
              DEF/    KAUFMAN, KARIE KRISTEEN
Emergency Motion to Stay Proceedings Due to Fraud Upon the Court and Illegal
Jurisdictional Reopening
              Related Event  ORDR Order                       4/14/2025
    4/07/2025  Exhibit-Attach to Pleading/Doc   Event ID: 000054   E-Filed: J
              DEF/    KAUFMAN, KARIE KRISTEEN
Exhibit - Attach to Pleading/Doc
              Related Event  MOTN Motion                      4/07/2025
    4/07/2025  Motion                          Event ID: 000055   E-Filed: J
              DEF/    KAUFMAN, KARIE KRISTEEN
Plaintinff's Motion to Compel Transcript Audio and Crim P 35(a)Motion for
Forensic Review and Due Process Compliance

```
FILE DATE     SCHEDULED EVENT DESCRIPTION     SCHD DATE    TIME        ROOM  APPEAR
 4/08/2025   Probation Memo                    Event ID: 000056      E-Filed: J
MEMORANDUM
             Related Event   ORDR Order                            4/08/2025
 4/08/2025   Order                             Event ID: 000057      E-Filed: J
Ruling: REVIEWED, Document Title: Order:MEMORANDUM
             Related Event   PMEM Probation Memo                   4/08/2025
 4/14/2025   Minute Order (print)              Event ID: 000058      E-Filed: N
DIG: 1:41; DDA S HILLYER PRESENT; DEF PRESENT PRO SE; DEFENDANT DID NOT SIGN
THE RELEASE FROM PROBATION TO HAVE THE EVALUATION COMPLETED; PEOPLE ARE
REQUESTING DEFENDANT BE REMANDED UNTIL THE EVALUATION IS COMPLETED; COURT
DENIES THE REQUEST FOR REMAND, COURT REQUESTS THE PEOPLE OBTAIN DEFENDANT'S
PRIOR CONVICTIONS; DA WILL HAVE THEIR INVESTIGATOR OBTAIN THE RECORDS; COURT
ADVISES THE DEFENDANT TO SIT AT DEFENSE TABLE, AND EXPLAINS PRIMA FACIA
REGARDING THIS CASE AND THE SENTENCING; MATTER RESET TO 4/28/25 AT 2:30 P.M.
                              /LAA                                          /LAA
 4/14/2025   Order                             Event ID: 000059      E-Filed: J
Ruling: DENIED, Document Title: Order:Motion to Strike Unlawful Bond and
Terminate Pretrial Supervision
             Related Event   MOTN Motion                           4/02/2025
 4/14/2025   Order                             Event ID: 000060      E-Filed: J
Ruling: DENIED, Document Title: Order:Emergency Motion to Stay Proceedings Due
to Fraud Upon the Court and Illegal Jurisdictional Reopening
             Related Event   MOTN Motion                           4/07/2025
 4/14/2025   Order                             Event ID: 000061      E-Filed: J
Ruling: MOOT, Document Title: Order:Motion to Compel Ruling on Constitutional
Filings and Preserve Judicial Admissions
             Related Event   MOTN Motion                           4/02/2025
 4/14/2025   Sentencing Hearing               4/14/2025  01:30 PM  L2      P
     Officer: MATTHEW RICHARD ZEHE             Length:  1.00 Hour(s)
     Status.: CONT-Continued by Parties        Note..:  DWAI 3RD/SCAO
 4/14/2025   Sentencing Hearing               4/28/2025  02:30 PM  L2      P
     Officer: MATTHEW RICHARD ZEHE             Length:  1.00 Hour(s)
                                               Note..:  DWAI 3RD/SCAO
                           BOND INFORMATION
Bond Id Number.....:   1      Bond Status....: BRLD
Set Date...........:  8/09/2024  Set Amount.....: $300.00        Type: CASH
Post Date..........:  8/09/2024  Post Amount....: $300.00        Type: CASH
Surety.............: KAUFMAN, KARIE KRISTEEN
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
   Conditions:
   ENH PTS NO ALCH DRUGS MJ MONITORED SOB DIRECTED BY PTS W BA 3X
   DADAY UA 2X WEEK W ETG AUTH RLA RPT TO PTS WI 24HRS AFT RLS
   NO DRIVING WO VALID DL AND INS
Bond Id Number.....:   2      Bond Status....: PSTD
Set Date...........:  12/16/2024  Set Amount.....: $1,000.00     Type: PR
Post Date..........:  12/16/2024  Post Amount....: $1,000.00     Type: PR
Surety.............: KAUFMAN, KARIE KRISTEEN
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
   Conditions:
   RLA SHALL NOT LEAVE STATE WO COURT PERM NO ALC DRUGS REC
```

BOND INFORMATION
MJ NO DRIV WO VALID DL AND INSUR STD PT SUPV RANDOM UAS W
ETG COMPONENT

End of Case: 2024 T  001066

| COUNTY COURT; LARIMER COUNTY-LOVELAND, COLORADO<br>801 E. 10th St.<br>Loveland, CO 80537 | |
|---|---|
| **PEOPLE OF THE STATE OF COLORADO vs.**<br><br>**Defendant: KARIE KAUFMAN** | ▲ **COURT USE ONLY** ▲ |
| NICHOLAS G. CUMMINGS, #41579<br>Cummings & Petrone, LLC<br>204 Maple St. Ste.<br>Fort Collins CO 80521<br>970-484-2217<br>nick@cummingsandpetronelaw.com | Case No:    **2024T001066**<br><br>Courtroom:    **L2** |
| **MOTION TO WITHDRAW** | |

COMES NOW Nicholas Cummings, of the law firm Cummings & Petrone LLC, and hereby respectfully requests this Court to remove him as the Counsel of record in the above-captioned matter, and in support therefore, states:

Counsel and client's working relationship has disintegrated. Based upon Mrs. Kaufman's most recent motion to the Court, and C.R.S. 18-1-417, Defense Counsel can no longer ethically proceed as Mrs. Kaufman's legal counsel.

Counsel has informed Mrs. Kaufman that she has a right to object to this request and that if she does object, a hearing will be held, and counsel will be allowed to withdraw only upon order of the Court. Mrs. Kaufman objects to the withdrawal of Defense Counsel.

Counsel has informed Mrs. Kaufman that she is responsible for attending all previously scheduled court dates, presentence evaluations, and other such appearances scheduled by the Court.



Counsel has informed Mrs. Kaufman that if this motion to withdraw is granted, then she will have the obligation to hire other counsel, request the appointment of counsel by the court, or elect to represent herself.

A hearing on this motion has been pre-cleared for April 1st, 2025, at 3:45pm with the Division Clerk.

WHEREFORE, Nicholas G. Cummings respectfully requests this Court remove him as the Counsel of record in this matter.

Respectfully submitted this 27th day of March 2025.

<div align="center">

CUMMINGS & PETRONE LLC

_/s/ Nicholas Cummings_____
NICHOLAS G. CUMMINGS, #41579

</div>

**Certificate of Service**

I certify that a copy of the above and foregoing was efiled via EFiling, on this **27th day of March 2025**.

/s/*S. Kirk*



| COUNTY COURT; LARIMER COUNTY-LOVELAND, COLORADO<br>801 E. 10th St.<br>Loveland, CO 80537 | GRANTED BY COURT<br>04/01/2025<br>DATE FILED<br>April 1, 2025<br><br>MATTHEW RICHARD ZEHE<br>County Court Judge<br>▲ COURT USE ONLY ▲ |
|---|---|
| **PEOPLE OF THE STATE OF COLORADO vs.**<br><br>**Defendant: KARIE KAUFMAN** | |
| | Case No:     **2024T001066**<br><br>Courtroom:     **L2** |
| **ORDER: MOTION TO WITHDRAW** | |

THIS COURT being fully advised of Mr. Cummings' **MOTION TO WITHDRAW** does hereby order:

DATED this ___ day of March 2025.

_____
Judicial Officer



2504013046 4218 1-246-1020

| COUNTY COURT, LARIMER (LOVELAND) COUNTY, COLORADO | |
|---|---|
| Court Address:<br>810 E 10TH STREET, SUITE 110, LOVELAND, CO, 80537-4942 | DATE FILED<br>April 1, 2025 |
| THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** KARIE KRISTEEN KAUFMAN | |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2024T1066<br>Division: L2        Courtroom: |
| **Order:Motion to Compel Formal Acknowledgment of Legal Representation and Preserve Record of Procedural Misconduct** | |

The motion/proposed order attached hereto: DENIED.

For the reasons stated at the hearing on April 1, 2025, the Motion is denied/

Issue Date: 4/1/2025

MATTHEW RICHARD ZEHE
County Court Judge

| | |
|---|---|
| COUNTY COURT; LARIMER COUNTY-LOVELAND, COLORADO<br><br>801 E. 10th St.<br><br>Loveland, CO 80537 | FILED IN COUNTY COURT<br>LARIMER COUNTY, COLO.<br><br>2025 MAR 27 P 2: 59<br><br>CLERK LOVELAND |
| **PEOPLE OF THE STATE OF COLORADO**<br><br>**vs.** | ▲ **COURT USE ONLY** ▲ |
| **Defendant: KARIE KAUFMAN** | Case No:    **2024T001066**<br><br>Courtroom:    **L2** |
| **MOTION TO COMPEL FORMAL ACKNOWLEDGMENT OF LEGAL REPRESENTATION AND PRESERVE RECORD OF PROCEDURAL MISCONDUCT** | |

COMES NOW,

the Defendant, Karie Kristeen Kaufman (Schwartz), appearing pro se, and respectfully moves this Court to formally acknowledge that an individual has functioned as legal counsel in this matter without entering a formal Notice of Appearance. This motion is submitted to preserve the integrity of the case record and expose procedural irregularities arising from the Court's recognition of a withdrawal motion from a non-party.

**1. Context and Procedural Background**
Defendant received legal advice, procedural guidance, and a motion to withdraw from an individual who was never formally entered as counsel of record. Said individual communicated legal strategy, reviewed case materials, and submitted filings, all without a Notice of Appearance pursuant to C.R.C.P. 121 §1-1 and §1-3.

**2. Legal and Ethical Violations**
This conduct constitutes a violation of C.R.S. §12-240-121 (unauthorized practice of law) and compromises the procedural fairness required by the Fourteenth Amendment. The Court's willingness to recognize and hear a withdrawal motion from such an individual raises serious questions regarding its oversight and respect for pro se litigants.

3. Purpose of Motion

Defendant does not request continued representation by this individual. Rather, this motion seeks:

a) A formal judicial acknowledgment that the individual functioned as legal counsel;

b) Entry of all related communications and filings into the official court record as evidence;

c) Preservation of this conduct for review in future civil proceedings or complaints before the Colorado Office of Attorney Regulation Counsel.

4. Relief Requested

WHEREFORE,

Defendant respectfully requests the Court:

1. Formally acknowledge the legal role functioned by the unauthorized individual;

2. Enter this acknowledgment into the record;

3. Preserve all related filings, communications, and conduct for potential review and legal action.


Respectfully submitted,

Karie Kristeen Kaufman (Schwartz)
Defendant, Pro Se

Date: March 27, 2025

2504013046 3856 1-246-10

| | |
|---|---|
| COUNTY COURT, LARIMER (LOVELAND) COUNTY, COLORADO<br>Court Address:<br>810 E 10TH STREET, SUITE 110, LOVELAND, CO, 80537-4942 | DATE FILED<br>April 1, 2025 |
| THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** KARIE KRISTEEN KAUFMAN | |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2024T1066<br>Division: L2          Courtroom: |
| **Order:Motion to Dismiss Charges Due to Fraudulent Invalidation of Accepted Plea and Double Jeopardy Violations** | |

The motion/proposed order attached hereto: DENIED.

For the reasons stated at the hearing on April 1, 2025, the Motion is denied/

Issue Date: 4/1/2025

MATTHEW RICHARD ZEHE
County Court Judge

MO

FILED IN COUNTY COURT
LARIMER COUNTY, COLO.

2025 MAR 27 P 3: 00

CLERK LOVELAND

| | |
|---|---|
| COUNTY COURT; LARIMER COUNTY-LOVELAND, COLORADO<br><br>801 E. 10th St.<br><br>Loveland, CO 80537 | |
| PEOPLE OF THE STATE OF COLORADO<br><br>vs. | ▲ COURT USE ONLY ▲ |
| **Karie Kristeen Kaufman, Pro se Litigant** | Case No:    **2024T001066**<br><br>Courtroom:    **L2** |
| **MOTION TO DISMISS CHARGES DUE TO FRAUDULENT INVALIDATION OF ACCEPTED PLEA AND DOUBLE JEOPARDY VIOLATIONS** | |

COMES NOW,

 Karie Kristeen Kaufman (Schwartz), appearing pro se, and moves this Court to dismiss all pending charges in the above-captioned matter. This motion is based on the improper and fraudulent invalidation of a previously accepted plea agreement and the unconstitutional continuation of prosecution in violation of the Double Jeopardy Clause of the Fifth Amendment and the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

### 1. Accepted Plea and Jeopardy Attachment
The Defendant entered into a plea agreement that was formally accepted by the Court. Upon the Court's acceptance, jeopardy attached, rendering the Defendant a convicted party pending sentencing. Any subsequent attempt to reinitiate prosecution on the same offense, without lawful withdrawal or judicial cause, constitutes a violation of double jeopardy protections.

### 2. Fraudulent Claims and Prosecutorial Misconduct

Following the acceptance of the plea, the prosecution submitted claims of 'new evidence' that was neither new nor previously unavailable. The misrepresentation of this evidence as newly discovered constitutes fraud upon the Court and a bad faith attempt to undo a legally binding plea agreement. No hearing was held to lawfully vacate the plea, and no findings were made to support the reversal of plea status. The Defendant was unlawfully returned to a pretrial posture without due process.

### 3. Demand for Immediate Dismissal

Defendant demands immediate dismissal of all charges with prejudice. The invalidation of the plea agreement without legal foundation or process renders continued prosecution unconstitutional and unethical.

**RELIEF**

WHEREFORE,

the Defendant respectfully requests this Court:

1. Dismiss all pending charges with prejudice;
2. Acknowledge the improper reversion to pretrial status;
3. Enter findings into the record confirming that the original plea was accepted and that no lawful process occurred to vacate it.

Respectfully submitted,

Karie Kristeen Kaufman (Schwartz)
Defendant, Pro Se

Date: March 27, 2025

6. The hearing scheduled for April 1, 2025, is based on this invalid filing and is not a legitimate proceeding. Defendant is not required to appear, and her absence shall not be construed as waiver or failure to engage with the court.

WHEREFORE,

Defendant respectfully requests that the Court STRIKE the unauthorized Motion to Withdraw filed by Nicholas Cummings, vacate the associated hearing, and acknowledge the due process violations stemming from suppression of Defendant's prior filings.

Respectfully submitted,

Karie Kristeen Kaufman (Schwartz)
Pro Se Defendant
Date: March 28, 2025

I have hand delivered copy to
DA on 3/26/2025.

Attachment to Order - 2024TR166

| | |
|---|---|
| COUNTY COURT, LARIMER (LOVELAND) COUNTY, COLORADO<br>Court Address:<br>810 E 10TH STREET, SUITE 110, LOVELAND, CO, 80537-4942 | |
| THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** KARIE KRISTEEN KAUFMAN | DATE FILED<br>April 8, 2025 |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2024T1066<br>Division: L2          Courtroom: |
| **Order:MEMORANDUM** | |

The motion/proposed order attached hereto: REVIEWED.

This Memo will be addressed at the next scheduled court appearance.

Issue Date: 4/8/2025

MATTHEW RICHARD ZEHE
County Court Judge

2504083019 1691 1-100-101

**PROBATION DEPARTMENT**
1600 PROSPECT PARK WAY, SUITE 109
FORT COLLINS CO 80525-4425

(970) 494-3901
FAX (970) 494-3939

GREGORY M. OTTE
Chief Probation Officer

## MEMORANDUM

DATE:    04/08/2024

## KAUFMAN, KARIE KRISTEEN    L24T1066

SENTENCE DATE: 04/14/2025 at 1:30 P.M.        Courtroom L2

On 02/10/2025, Ms. Kaufman was ordered by the Court to complete a Presentence Alcohol Evaluation. She reported to the Probation Department on that date and was given an appointment for 02/18/2025 at 1:00 P.M. Ms. Kaufman failed to report to that appointment and was provided with a new appointment for 03/06/25 at 12:30 P.M. She arrived for the appointment as scheduled.

This Officer forgot to have Ms. Kaufman sign a Pre-Sentence Release of Information (ROI) at the time of the 03/06/25 interview. This Officer sent the ROI to Ms. Kaufman via DocuSign on 04/04/25 and Ms. Kaufman had not signed the ROI by 04/07/25. On 04/07/25, this Officer reached out to Ms. Kaufman via email and Ms. Kaufman replied she is not wanting to sign the ROI as she has concerns of judicial misconduct, her HIPPA information being misunderstood and potential violations for failure to report criminal violations and she would like to pre-review the Pre-Sentence Alcohol Evaluation so she can "have the opportunity to review and challenge it" since the "document was used in proceedings that materially affected my liberty."

This Officer responded that a Memo would be filed with the Court outlining the above and it is unknown if the Court would impose any ramifications. Without having the ROI signed, this Officer is unable to file the Pre-Sentence Alcohol Evaluation with all the parties. If Ms. Kaufman chooses to sign the ROI before sentencing, it will be filed immediately with all the parties.

Respectfully,

*Caitlin Cheesman*

Caitlin Cheesman, Probation Officer

Reviewed by:

*Teri Greiman*

Teri Greiman, Probation Supervisor

2504083019 1691 1-100-10

# NOTICE OF CLARIFICATION REGARDING
# REPRESENTATION STATUS    *503 4T 0 0 1066*

Plaintiff, Karie Kristeen Kaufman, hereby provides notice that Nick Cummings was never retained as counsel of record in this matter. #

No signed engagement agreement exists between Plaintiff and Nick. No notice of appearance was ever filed by Nick in this action.

Any communications Plaintiff had with [Attorney Name] were informal, unsolicited, and outside the scope of any formal legal representation.

All filings, motions, and legal strategies currently on record were initiated, drafted, and submitted solely by the Plaintiff.

Any contrary claims made by Nick in email, oral communication, or subsequent filings are categorically false and should be disregarded as an attempt to misrepresent the procedural history of this matter.

Plaintiff further requests that Nick be prohibited from presenting himself as counsel of record or inserting himself into proceedings under any pretense of prior representation.

Respectfully submitted,

_____
Karie Kristeen Kaufman
Date: _____

CLERK LOVELAND    2025 MAR 27 P 3: 00    FILED IN COUNTY COURT LARIMER CO.

| COUNTY COURT, LARIMER (LOVELAND) COUNTY, COLORADO | |
|---|---|
| Court Address: | DATE FILED |
| 810 E 10TH STREET, SUITE 110, LOVELAND, CO, 80537-4942 | April 1, 2025 |
| THE PEOPLE OF THE STATE OF COLORADO | |
| v. | |
| **Defendant(s)** KARIE KRISTEEN KAUFMAN | |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2024T1066 |
| | Division: L2          Courtroom: |
| **Order:Notice Of Clarification Regarding Representation Status** | |

The motion/proposed order attached hereto: DENIED.

For the reasons stated at the hearing on April 1, 2025, the Motion is denied.

Issue Date: 4/1/2025

MATTHEW RICHARD ZEHE
County Court Judge

2504013046 3864 1-246-10

| COUNTY COURT, LARIMER (LOVELAND) COUNTY, COLORADO . | |
|---|---|
| Court Address: | |
| 810 E 10TH STREET, SUITE 110, LOVELAND, CO, 80537-4942 | |
| THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** KARIE KRISTEEN KAUFMAN | DATE FILED<br>April 1, 2025 |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2024T1066 |
| | Division: L2        Courtroom: |
| **Order:Motion t o Strike Unauthorized Motion to Withdraw** | |

The motion/proposed order attached hereto: DENIED.

For the reasons stated at the hearing on April 1, 2025, the Motion is denied.

Issue Date: 4/1/2025

MATTHEW RICHARD ZEHE
County Court Judge

2504013046 3869 1-246-102

| | |
|---|---|
| COUNTY COURT; LARIMER COUNTY-LOVELAND, COLORADO<br>801 E. 10th St.<br>Loveland, CO 80537 | FILED IN COUNTY COURT<br>LARIMER COUNTY, COLO.<br><br>2025 MAR 28 P 1:50<br><br>CLERK LOVELAND |
| **PEOPLE OF THE STATE OF COLORADO**<br>**vs.** | |
| | ▲ COURT USE ONLY ▲ |
| **KARIE KAUFMAN** | Case No:    **2024T001066**<br><br>Courtroom:    **L2** |
| **MOTION TO STRIKE UNAUTHORIZED MOTION TO WITHDRAW** | |

COMES NOW,

the Defendant, Karie Kristeen Kaufman (Schwartz), appearing pro se, and hereby files this MOTION TO STRIKE the Motion to Withdraw filed by Nicholas Cummings, and states the following:

1. Nicholas Cummings has never filed a formal Notice of Appearance in this matter and therefore has no legal standing to file a motion to withdraw. There is no record of appointment, retention, or authorized representation on file with the court.

2. Mr. Cummings received and acknowledged a pro se motion filed by Defendant. Despite this, he took no action, failed to notify the court, and allowed the motion to be suppressed while misleading Defendant about court procedures.

3. Mr. Cummings delayed his filing for over a week while attempting to control communications and influence the outcome of proceedings from a position he had no legal right to occupy.

4. On or about March 27, 2025, Defendant informed Mr. Cummings via written communication that she objected to his involvement, challenged his claim to representation, and requested no further contact.

5. The motion to withdraw filed by Mr. Cummings is procedurally invalid. He was never entered into the case and therefore had nothing to withdraw from.

  




**COLORADO**
**Department of Revenue**
Division of Motor Vehicles

1881 Pierce St
Lakewood, CO 80214

31-Mar-2025
Letter: L0139714412

ılıʼʼılıʼılıʼılıʼıllllʼılıʼlʼʼılıʼʼlʼʼlʼʼılʼʼllʼlʼʼllʼllll

KARIE KRISTEEN KAUFMAN
4590 TRADE ST UNIT 3405
JOHNSTOWN CO  80534-6621

## OFFICIAL COLORADO FULL DRIVER RECORD

**Customer Identifier**      17-193-6506

### Driver Information

| Last Name | First Name | Middle Name | Suffix | DOB | Sex | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|---|---|
| KAUFMAN | KARIE | KRISTEEN | | 21-Oct-1973 | Female | 5' 05" | 115 | Gray | Blonde |

| Street | | City | | | County | State | | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4590 Trade St Unit 3405 | | Johnstown | | | Larimer | Co | | 80534 | USA |

### Previous Name

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| SCHWARTZ | KARIE | KRISTEEN | |

### Current Credentials

| License # | Type | Class | Status | Issue Date | Expire Date |
|---|---|---|---|---|---|
| 17-193-6506 | Adult State ID | | Valid | 14-Nov-2024 | 21-Oct-2029 |

### Status                                                    Points

| | | | | |
|---|---|---|---|---|
| NCL: | Revoked - 3 Alcohol Convictions | Eligible: 08-Oct-2026 | Interlock End: | 12 Month Points: 8 |
| CDL: | Revoked - 3 Alcohol Convictions | Eligible: 08-Oct-2026 | SR22 End: | 24 Month Points: 9 |

### Non-Commercial Summary (NCL)

| Non-Alcohol Convictions | Accidents | Actions | Alcohol Withdrawals | Alcohol Admin Restraints |
|---|---|---|---|---|
| 1 | 0 | 9 | 0 | 2 |

### Commercial Summary (CDL)

| Non-Alcohol Convictions | Accidents | Actions | Alcohol Withdrawals | Alcohol Admin Restraints |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |

### Credential History

| License Type | Issue Date | Endorsements | Expire Date | Status |
|---|---|---|---|---|
| EC/AIN/HR Regular | 15-Aug-2024 | | 09-Oct-2024 | Completed |
| Adult Regular License | 15-Sep-2023 | | 21-Oct-2028 | Downgraded |
| Adult Regular License | 14-Feb-2022 | | 21-Oct-2027 | Renew |

### Out of State Surrender History

| State | License Number | Expiration Date |
|---|---|---|
| MN | C263025875411 | 21-Oct-2023 |

Page Number: 1 of 3          Request Date/Time: 31-Mar-2025 10:39:58          dL210

Account #:   17-193-6506
Name:         KARIE KRISTEEN KAUFMAN

## Reinstatement Requirements

$25.0000 DUI/DWAI Restoration Fee
Interlock Affidavit Requirement
Level 2 Alcohol/Drug Course Required
Mandatory/Voluntary Interlock Requirement
$95.0000 Reinstatement Fee
SR-22

## Withdrawal of Privilege

| | Action # | Action | Withdrawal Reason | Effective | Eligibility | Reinstated | Privilege | Jurisdiction | Association |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 242528831 | Revoked | Refusal | 08-Oct-2024 | 08-Oct-2025 | | ALL | | Admin 1 |
| 2. | 242551588 | Revoked | 3 Alcohol Convictions | 08-Oct-2024 | 08-Oct-2026 | | ALL | | Conviction 1 |
| 3. | 221983241 | | OOS Withdrawal | 26-Jun-2014 | 19-Mar-2018 | 20-Mar-2018 | ALL | | Conviction 5 |
| 4. | 221983242 | | OOS Withdrawal | 04-Sep-2013 | 19-Mar-2018 | 20-Mar-2018 | ALL | | Conviction 8 |
| 5. | 221983240 | | OOS Withdrawal | 20-Oct-2012 | 19-Mar-2018 | 20-Mar-2018 | ALL | | Conviction 4 |
| 6. | 221983243 | | OOS Withdrawal | 30-Jun-2012 | 19-Mar-2018 | 20-Mar-2018 | ALL | | Conviction 7 |
| 7. | 221974073 | | OOS Withdrawal | 29-Apr-2010 | 19-Aug-2010 | 20-Aug-2010 | ALL | | |
| 8. | 221983239 | | OOS Withdrawal | 23-Feb-2010 | 19-Aug-2010 | 20-Aug-2010 | ALL | | Conviction 10 |
| 9. | 221983238 | | OOS Withdrawal | 25-Jul-2009 | 19-Aug-2010 | 20-Aug-2010 | ALL | | Conviction 11 |

## Administrative Law Enforcement Interactions

| | Type Of Action | Notice Date | Test Type | BAC | Arresting Agency | Notice Number | CDL | Association |
|---|---|---|---|---|---|---|---|---|
| 1. | Express Consent | 08-Aug-2024 | Refusal | | JOHNSTOWN PD | 3481042 | No | Withdrawal 1 |

## Convictions

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | | | Phone # |
|---|---|---|---|---|---|---|---|---|
| 1. | Conviction | 08-Aug-2024 | 15-Oct-2024 | JOHNSTOWN PD | LARIMER COUNTY LOVELAND | | | 9706222100 |
| | Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | | Pts | Association |
| | CC000874 | No | No | No | No | CO | 1) Drove Vehicle While Ability Impaired by Alcohol/Drugs | | 8 | Withdrawal 2 |
| 2. | Conviction | 26-Nov-2023 | 17-Jan-2024 | PLATTEVILLE PD | PLATTEVILLE MUN | | | 9707852245 |
| | Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | | Pts | Association |
| | G014858 | No | No | No | No | CO | 1) Operated Vehicle With Defective/Missing Headlamps | | 1 | |
| 3. | Conviction | 13-Oct-2012 | 13-Mar-2014 | MINNESOTA | MINNESOTA | | | 6517971760 |
| | Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | | Pts | Association |
| | | No | No | No | No | MN | 1) Refused to submit test for alcohol - Implied Consent Law | | 0 | |
| 4. | Conviction | 13-Oct-2012 | 19-Oct-2012 | MINNESOTA | MINNESOTA | | | 6517971760 |
| | Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | | Pts | Association |
| | | No | No | No | No | MN | 1) Refused to submit test for alcohol - Implied Consent Law | | 0 | Withdrawal 5 |
| 5. | Conviction | 23-Jun-2012 | 26-Jun-2014 | MINNESOTA | MINNESOTA | | | 6517971760 |

Request Date/Time:  31-Mar-2025 10:39:58    dL210

Account #:  17-193-6506
Name:         KARIE KRISTEEN KAUFMAN

| | | | | | | |
|---|---|---|---|---|---|---|
| No | No | No | No | MN | 1) Failure to appear for trial or court appearance (detail sometimes required) | 0 | Withdrawal 3 |

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 6. | Conviction | 23-Jun-2012 | 14-Feb-2014 | MINNESOTA | MINNESOTA | 6517971760 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| | No | No | No | No | MN | 1) Driving under the influence of alcohol | 0 | |

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 7. | Conviction | 23-Jun-2012 | 23-Jun-2012 | MINNESOTA | MINNESOTA | 6517971760 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| | No | No | No | No | MN | 1) Administrative Per Se for BAC at or over .08 | 0 | Withdrawal 6 |

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 8. | Conviction | 16-Feb-2010 | 04-Sep-2013 | MINNESOTA | MINNESOTA | 6517971760 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| | No | No | No | No | MN | 1) Failure to appear for trial or court appearance (detail sometimes required) | 0 | Withdrawal 4 |

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 9. | Conviction | 16-Feb-2010 | 06-Jun-2013 | MINNESOTA | MINNESOTA | 6517971760 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| | No | No | No | No | MN | 1) Driving under the influence of alcohol | 0 | |

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 10. | Conviction | 16-Feb-2010 | 03-Mar-2010 | MINNESOTA | MINNESOTA | 6517971760 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| | No | No | No | No | MN | 1) Administrative Per Se for BAC at or over .08 | 0 | Withdrawal 8 |

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 11. | Conviction | 19-Jun-2009 | 27-Aug-2009 | MINNESOTA | MINNESOTA | 6517971760 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| | No | No | No | No | MN | 1) Driving under the influence of alcohol | 0 | Withdrawal 9 |

"Accident" reflects involvement only and does not imply fault

| COUNTY COURT; LARIMER COUNTY-<br>801 E. 10$^{th}$ St.<br>Loveland, CO 80537 | |
|---|---|
| **PEOPLE OF THE STATE OF COLORADO**<br>vs. | ▲ COURT USE ONLY ▲ |
| **KARIE KRISTEEN KAUFMAN** | Case No:        **2024T001066**<br><br>Courtroom:    **L2** |
| **LEGAL MEMORANDUM IN SUPPORT OF OBJECTION TO ILLEGAL RESENTENCING, ENHANCEMENT, AND JUDICIAL MISCONDUCT** | |

## INTRODUCTION

This memorandum supports Defendant's objection to the unlawful use of Colo. R. Crim. P. 35(a) to impose a second sentence and enhance penalties post-plea, in violation of constitutional rights, statutory limits, and binding precedent.

## FACTUAL BACKGROUND

Defendant pled guilty to a first-offense DWAI, a non-jailable petty offense, with no evidence presented to support impairment. The charges accepted matched the sentence. Despite this, the Court and prosecution "reopened" sentencing to impose enhanced punishment based on 13–15 year-old prior offenses that were never charged, disclosed, or included in the plea process.

The Court has denied all defense motions—including Brady and due process motions—without hearings, and is proceeding with resentencing while known material exculpatory evidence remains suppressed. The presiding judge has also falsely stated on the record that jeopardy does not attach at plea, and that Rule 35(a) permits resentencing at any time, and that a previous attorney was still entered after the case closed on October 16. In a fraudulent reopening on 11-20-25, a motion, not signed by the People, was put in the AOR with a decision that day. It states that defendant attended which She did not.

In addition, a second penalty of DWAI 3$^{rd}$ offense and yet another "refusal" enters the record post-conviction, that is then reported to the DMV. No events, no hearings, no charges.

Despite the ongoing fraudulent coercion and corruption, this Judge has failed to meet his duty and has willfully obstructed due process and will be brought to the highest courts, the federal bench. This is not one error, or even two. It is complete deliberate suppression of evidence and objections from the record and fabricated appearances in a Void procedure, without jurisdiction, and in the most profound display of corruption.

LEGAL ARGUMENT

## I. The Sentence is Illegal and Void Because It Does Not Match the Conviction of DWAI First Offense.

- People v. Rockwell, 125 P.3d 410 (Colo. 2005): *Sentencing must match the offense of conviction. Enhancing based on unpled priors is unconstitutional*.

- People v. Martinez, 844 P.2d 1203 (Colo. App. 1992): *Sentences exceeding the statutory max for the pled charge are void, even if agreed to*.

- Hicks v. Oklahoma, 447 U.S. 343 (1980): *Due process requires sentencing under the correct statute; otherwise, the sentence is void*.

## II. Double Jeopardy Bars Resentencing After Plea and Judgment

- People v. Roybal, 672 P.2d 1003 (Colo. 1983): *A sentence cannot be increased after execution has begun.*

- United States v. DiFrancesco, 449 U.S. 117 (1980): *Sentencing is part of the criminal judgment and protected by double jeopardy.*

- People v. Smith, 121 P.3d 243 (Colo. App. 2005): *The court may not reopen final sentencing based on missed facts.*

## III. Enhancing Sentence Post-Plea Based on Known Prior Records Is Prohibited

- People v. Johnson, 987 P.2d 855 (Colo. App. 1998): *Prosecution waives enhancement by failing to timely raise priors.*

- People v. District Court (Simpson), 673 P.2d 991 (Colo. 1983): *Enhancements not raised before sentencing are barred.*

- United States v. Jones, 722 F.3d 137 (2d Cir. 2013*): Post-plea enhancement based on known priors violates due process.*

- United States v. Arrellano-Rios, 799 F.3d 427 (5th Cir. 2015): *Government cannot enhance after-the-fact for waived enhancements.*

IV. Judicial Misconduct and Brady Violations Require Recusal and Stay

- Brady v. Maryland, 373 U.S. 83 (1963): *Suppression of exculpatory evidence violates due process.*

- Caperton v. A.T. Massey Coal, 556 U.S. 868 (2009): *Judicial bias and appearance of impropriety violate fair trial rights.*

- Colorado Code of Judicial Conduct, Canon 3: *Judges must act impartially and fairly; misstatements of law and denial of hearings violate this canon*.

## REQUESTED RELIEF

1. Immediate stay of all sentencing proceedings;

2*. Recusal of the presiding judge* due to misconduct and bias;

   -Lied on Record

   -Falsified the Record

   -Falsified my Appearance

   -Acted without known jurisdiction on 11-20-24

   -Ignored fraud and brady violations and all motions by defendant including rights to self representation.

   -Continuing to sentencing in a known procedurally VOID and Double Jeopardy interaction.

3. Full evidentiary hearing on Brady, due process, and sentencing violations;

4. Preservation of record for federal habeas corpus relief under 28 U.S.C. § 2254.

5. Full acknowledgement of fraudulent defense counsel, a facially invalid plea induced by fraud, and conviction with constructive coercion with conflicting factual narratives.

## CONCLUSION

This Court's conduct has exceeded its lawful authority. The sentence being imposed is void, the process is tainted, and constitutional rights have been systematically denied. Defendant respectfully urges this Court to stay sentencing, recuse, and address these issues on the record.

This Legal Memorandum serves of proof of retaliatory intent and misconduct under the color of law. I continue to reserve the right to copy the Chief Judge and Judicial Discipline Commission and This Court is now on notice that the matters described herein are already subject to federal review under 28 U.S.C. 2254 and 42 U.S.C. 1983. The State Record is being preserved for evidentiary and procedural purposes.

This experience, while constitutionally horrifying- has also been profoundly enlightening. I have come to understand not only the scope of institutional misconduct, but the precise mechanics of how rights are erased by design. This process has armed me with the knowledge and tools to help others who are being mistreated and abused. I will use this truth and story to help others who are still voiceless.

DATE AND SIGNATURE

Date: April 21, 2025

Karie K. Kaufman

4590 Trade St. 3-405 Johnstown,  CO 80534 970-825-6319      ikarie@icloud.com

X- @bootsInLarimer

Defendant, pro se

4/25/25, 1:54 PM                                    iCloud Mail

From:  Karie Schwartz
Subject:  Subject: Formal Request for Case File and Confirmation of Representation Agreement
Date:  April 7, 2025 at 3:12:03 PM
To:  Nick Cummings  nick@cummingsandpetronelaw.com

Nick,

Pursuant to my legal right under both state and federal law, I am formally requesting a complete and unredacted copy of my case file, including but not limited to all discovery materials, court filings, correspondence, internal notes, and any PSI-related documents in your possession.

Additionally, I am requesting a written copy of any agreement, communication, or documentation confirming that you re-entered as counsel of record in my case. This includes all communications—verbal or written—between you, the Court, the DA's office, or any third party that purports to reflect your re-engagement or ongoing representation after your original involvement.

Please treat this as a time-sensitive legal demand. I expect fulfillment of this request without delay.

-K

Kaufman
4590 Trade St.
3405
Johnstown, CO
80534

Petition for
Writ Habeas
28 USC. § 2254
Inside.

Clerks Office
Attn: Pro Se Department
Alfred A. Arraj) U.S.C.
901 19th St. Rm 105
Denver, CO  80294